UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 FEB -2 PM 2:09

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| CRAIG PIFER )<br>    Plaintiff )<br>)<br>v. )<br>)<br>IMERYS TALC VERMONT, INC., )<br>and MAGRIS TALC USA, INC. )<br>)<br>    Defendants )| Case No.: 2:23-CV-35 |

## NOTICE OF REMOVAL TO ALL ADVERSE PARTIES

NOTICE IS HEREBY GIVEN that on Tuesday, January 31, 2023, Defendant Imerys Talc Vermont, Inc., filed a Motion for Removal of this action in the United States District Court for the District of Vermont. A copy of the Motion for Removal so filed is attached hereto with exhibits.

This Notice is served upon you as a party to this action in compliance with 28 U.S.C. §1446 (d).

                                THE DEFENDANT,
                                IMERYS TALC VERMONT, INC.
                                BY ITS ATTORNEY,

DATED: 2.1.23

                                Thomas J. Fay, Esq., Bar No. 5022
                                tfay@boyleshaughnessy.com
                                Boyle | Shaughnessy Law PC
                                46 Lincoln Corners Way, Suite 1
                                Woodstock, VT 05091
                                Phone: 802-255-2700

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st day of February, 2023.

*Counsel for the Plaintiff*
Jack T. Spicer, Esq.
jspicer@promotingjustice.com
21710 Maxham Meadow Way, Suite 2-A
Woodstock, Vermont 05091

*Counsel for the Co-Defendant*
Ethan McNaughton, Esq.
emcnaughton@gwlpc.com
Lamb & McNaughton, PC
30 Main Street, Suite 1 / P.O. Box 860
Springfield, VT 05156

SIGNED UNDER THE PENALTIES OF PERJURY THIS 1st DAY OF FEBRUARY, 2023.

_____
Thomas J. Fay, Esq., Bar No. 5022
tfay@boyleshaughnessy.com
Boyle | Shaughnessy Law PC
46 Lincoln Corners Way, Suite 1
Woodstock, VT 05091
Phone: 802-255-2700