**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
**BURLINGTON, VERMONT 05402-0945**

JEFFREY S. EATON
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

February 2, 2023

Carla Wright, Court Operations Manager
Vermont Superior Court, Civil Division
Windsor Unit
12 The Green
Woodstock, VT 05091

    RE:    *Pifer v. Imerys Talc Vermont, Inc. et al*

Dear Ms. Wright:

    The above entitled action has been removed to this court and is pending as docket number *2:23-cv-00035*. I am enclosing a copy of our docket sheet for your information.

    I am at this time requesting a *certified* copy of your docket sheet and the complete *original* file. If your file is electronic, please contact our Operations Specialist (Lisa Wright, 802-951-8116) for assistance. If there is a charge for this, please bill the removing attorney:

    Thomas J. Fay, Esq.
    Boyle, Shaughnessy & Campo, P.C.
    132 Main Street
    Montpelier, VT 05602
    tfay@boyleshaughnessy.com
    (603) 668-6216

Sincerely,
***/s/Sharrah J. LeClair***
Deputy Clerk

Enclosure
    Docket Sheet

Cc (no enclosure):
    Jack T. Spicer, Esq.
    Ethan B. McNaughton, Esq.